hospital's care of the patient only in the immediate aftermath of the act of admitting her for emergency treatment", the third cause of action asserting a violation of EMTALA based on the Hospital's failure to stabilize the emergency medical condition of decedent before discharging him may not be sustained (*Bryan v Rectors & Visitors of Univ. of Va.*, 95 F3d 349, 352 [4th Cir 1996]; *see, Scott v Hutchinson Hosp.*, 959 F Supp 1351, 1359-1361). The fourth cause of action, which asserts that the Hospital violated EMTALA by failing to transfer decedent in accordance with 42 USC § 1395dd (c), also may not be sustained because that section applies only to the transfer of an individual "to another medical facility" (42 USC § 1395dd [b] [1] [B]). Consequently, we reverse the order, grant the motion for summary judgment and dismiss the third and fourth causes of action. (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Callahan, JJ.

■ TARA AARONS, Appellant, v THOMAS CESTONE et al., Defendants, and ROCHESTER INSTITUTE OF TECHNOLOGY, Respondent. (Appeal No. 1.) [678 NYS2d 547] —Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cornelius, J. (Appeal from Order and Judgment of Supreme Court, Monroe County, Cornelius, J.— Summary Judgment.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Callahan, JJ.

■ TARA AARONS, Appellant, v THOMAS CESTONE et al., Defendants, and THETA XI FRATERNITY, Respondent. (Appeal No. 2.) [678 NYS2d 547] —Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cornelius, J. (Appeal from Order and Judgment of Supreme Court, Monroe County, Cornelius, J.—Summary Judgment.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Callahan, JJ.

■ CATHERINE J. EDWARDS, Respondent, v BOARD OF TRUSTEES OF COLGATE ROCHESTER DIVINITY SCHOOL/BEXLEY HALL/ CROZER THEOLOGICAL SEMINARY, Appellant, et al., Defendant. [677 NYS2d 868] —Order insofar as appealed from unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Supreme Court erred in denying the motion of the Board of Trustees of the Colgate Rochester Divinity School/Bexley Hall/Crozer Theological Seminary (defendant) to dismiss the complaint for failure to state a cause of action. The allegations of the complaint fail to comply with CPLR 3013 because they do not identify the defendant with